**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 145 MAL 2015
:
              Petitioner :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
      v. :
:
:
:
JORGE DANIEL ROMERO-DIAZ, :
:
         Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of June, 2015, the Petition for Allowance of Appeal is **DENIED**.